UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 15-10149-RWZ

UNITED STATES OF AMERICA

v.

ISMAEL VASQUEZ

ORDER

May 17, 2018

ZOBEL, S.D.J.

Ismael Vasquez has filed a handwritten document entitled "Motion Requesting to be Releas[sc] from Stephen Paul Maid Man do [sic] to him stacking his motion with fact not case log [sic]." Although a defendant named Ismael Vasquez was a defendant in this court in a criminal case, 15-cr-10149-RWZ, the recently filed document appears to derive from a separate state court proceeding, see Commonwealth v. Luis Vasquez, 971 N.E.2d 783 (Mass. 2012).

The motion is denied as both, incomprehensible and inapplicable to the case in this court.

|  May 17, 2018  |  /s/Rya W. Zobel  |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |